Darius Lamar Jiggetts #11684-027
Name and Prisoner Number/Alien Registration Number

USP-Tucson
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson, AZ. 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
_____ LODGED
FILED _____ COPY

OCT 19 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Darius Lamar Jiggetts,
(Full Name of Petitioner)

Petitioner,

CASE NO. CV 17-0522 TUC JGZ EJM
(To be supplied by the Clerk)

vs.

Warden Shartle,
(Name of Warden, Jailor or authorized person having custody of Petitioner)

Respondent.

PETITION UNDER 28 U.S.C. § 2241
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY

## PETITION

1. What are you challenging in this petition?
   ☐ Immigration detention
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Probation, parole or supervised release
   ☒ Other (explain): Actual and Factual Innocence

2. (a) Name and location of the agency or court that made the decision you are challenging: U.S. District Court - Northern District of Indiana

   (b) Case or opinion number: 3:11-CR-00084(01)-RM

   (c) Decision made by the agency or court: illegal sentence of 171 months - Count 1= 87 months consecutive to Count 2= 84 months

Revised 3/9/07

1

530

    (d) Date of the decision: __January 9, 2012__

3. Did you appeal the decision to a higher agency or court?   Yes ☑   No ☐

   If yes, answer the following:

   (a) First appeal:

      (1) Name of the agency or court: __Seventh Circuit Court of Appeals__

      (2) Date you filed: __January 10, 2012__

      (3) Opinion or case number: __No. 12-1112__

      (4) Result: __Affirmed__

      (5) Date of result: __Cannot recall__

      (6) Issues raised: __No issues that support an appeal in this case__

      Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

   (b) Second appeal:

      (1) Name of the agency or court: ____

      (2) Date you filed: ____

      (3) Opinion or case number: ____

      (4) Result: ____

      (5) Date of result: ____

      (6) Issues raised: ____

      Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

   (c) Third appeal:

      (1) Name of the agency or court: ____

      (2) Date you filed: ____

  (3) Opinion or case number: _____

  (4) Result: _____

  (5) Date of result: _____

  (6) Issues raised: _____

_____

_____

  **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4. If you did not appeal the decision to a higher agency or court, explain why you did not: _____

_____

_____

_____

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?  Yes ☑  No ☐

 If yes, answer the following:

 (a) Name of the agency or court: U.S. District Court - Northern District of Indiana

 (b) Date you filed: 2013

 (c) Opinion or case number: 3:11-CR-00084(01)-RM

 (d) Result: denied

 (e) Date of result: cannot recall

 (f) Issues raised: that State convictions do not apply.

_____

  **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

  **CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE:** Actual and Factual Innocence of Statutorily Ineligible Sentence, Never had an unobstructed procedural shot to present this issue.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
Petitioner was indicted in Count 1 for a violation of 18 USC 2113(a) and Count 2 for a violation of 18 USC 924(c) knowingly used and carrying a firearm.
On September 21, 2011 the petit jury found Petitioner guilty of Count 1 and Count 2. (Trial Transcript pg. 29 lines 24-25 and pg. 30 lines 1-5).
On January 9, 2012, the Hon. Robert L. Miller Jr. sentenced Petitioner to 84 months on Count 2 for knowingly Brandishing a firearm. At that time Petitioner was illegally sentenced for a crime he was not indicted for, nor did the jury find him guilty of Brandishing a firearm.
All of the documents described herein are in the care and custody of the United States.
Petitioner avers that he was never indicted or found guilty of Brandishing a firearm, and he is therefore actually and factually innocent of an uncharged element, being illegally judged and sentenced to a term of incarceration he is statutorily ineligible for.
Petitioner has not had an unobstructed procedural shot to present this ground.

(b) Did you exhaust all available administrative remedies relating to Ground One?    Yes ☐  No ☑

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:
Actual and Factual Innocence doesn't have admin. remedies.

GROUND TWO: Actual and Factual Innocent of an Ineligible Statutorily Enhanced Sentence.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
Petitioner avers he is actually and factually innocent of an enhanced sentence based on the ineligibility of the statutorily enhanced sentence, due to the divisibility of the misdemeanor used to give Petitioner two (2) criminal history points, which enhanced Petitioner's sentence to an additional 16 months due to the erronous use of a misdemeanor and giving Petitioner 2 points for it, versus the ½ point Petitioner should have received.
Petitioner has not had an unobstructed procedural shot to present this ground.

(b) Did you exhaust all available administrative remedies relating to Ground Two?   Yes ☐   No ☑

(c) If yes, did you present the issue to:
☐ The Board of Immigration Appeals
☐ The Office of General Counsel
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:
Actual and Factual Innocence does not have admin. remedies.

5

GROUND THREE: Actual and Factual Innocence of a Statutorily Ineligible Sentence.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
Petitioner avers that he is actually and factually innocent of a statutorily ineligible sentence, as he was not found guilty of 18 USC 2113(d) the prerequisite set forth in Count 2 of his indictment to enable the Govt. to use 18 USC 924(c). 18 USC 2113(a) does not have a firearm or weapon enhancement. 18 USC 2113(d) is required to establish an 18 USC 924(c) enhancement, and Petitioner was not found guilty of 2113(d) by the jury. Trial Transcripts are in the care and custody of the United States.
Petitioner has not had an unobstructed procedural shot to present this issue.

(b) Did you exhaust all available administrative remedies relating to Ground Three?   Yes ☐   No ☑

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:
There is no admin. remedy available

**GROUND FOUR:** N/A

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) Did you exhaust all available administrative remedies relating to Ground Four?   Yes ☐   No ☐

(c) If yes, did you present the issue to:
 ☐ The Board of Immigration Appeals
 ☐ The Office of General Counsel
 ☐ The Parole Commission
 ☐ Other:_____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

Please answer these additional questions about this petition:

7. Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☑   No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

   If yes, answer the following:

   (a) Have you filed a motion under 28 U.S.C. § 2255?   Yes ☑   No ☐

   If yes, answer the following:

   (1) Name of court: US District Court - Northern District of Indiana
   (2) Case number: 3:11-CR-084
   (3) Opinion or case number: 3:11-CR-084
   (4) Result: denied
   (5) Date of result: Cannot recall
   (6) Issues raised: Prior convictions as to the initial bank robbery charge.

   Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

   (b) Explain why the remedy under § 2255 is inadequate or ineffective: This is not newly discovered evidence, or a new Supreme Court case made retroactive, and I've not had an unobstructed procedural shot to present these issues.

8. If this case concerns immigration removal proceedings, answer the following:

   (a) Date you were taken into immigration custody: _____
   (b) Date of removal or reinstatement order: _____
   (c) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

   (1) Date you filed: _____
   (2) Case number: _____

   (3) Result: _____

   (4) Date of result: _____

   (5) Issues raised: _____
   _____
   _____

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d) Did you file an appeal with the federal court of appeals?   Yes ☐   No ☐

   (1) Name of the court: _____

   (2) Date you filed: _____

   (3) Case number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____
   _____
   _____

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9. Petitioner asks that the Court grant the following relief: *Vacate my illegal sentence and judgement*_____
_____
_____

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

   I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____(month, day, year).

_____
**Signature of Petitioner**


_____            _____
Signature of attorney, if any                                  Date

9